No. 73–303.   KINEE ET AL. *v.* ABRAHAM LINCOLN FEDERAL SAVINGS & LOAN ASSN. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 74–306.   PASSAIC VALLEY WATER COMMISSION *v.* NEW JERSEY EX REL. DEPARTMENT OF HEALTH ET AL. Super. Ct. N. J.   Certiorari denied.

No. 74–308.   RILEY ET AL. *v.* HOWELL ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 74–309.   TREASURE VALLEY POTATO BARGAINING ASSN. ET AL. *v.* ORE-IDA FOODS, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 74–5026.   TYLER *v.* WYRICK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 74–5028.   HEDDEN *v.* OHIO.   Ct. App. Ohio, Summit County.   Certiorari denied.

No. 74–5039.   JACKSON *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 74–5040.   MEYER *v.* BOYLE, JUDGE.   C. A. 7th Cir. Certiorari denied.

No. 74–5041.   CALDWELL *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 74–5042.   HALE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–5044.   HAMMONDS *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.